No. 73–5126.  FLEMMONS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5127.  FLEMMONS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5128.  HARLAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5130.  ZWILLICH *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir.  Certiorari denied.

No. 73–5132.  DIXON *v.* UNITED STATES; and
No. 73–5191.  FANNING ET AL. *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.  Reported below: 477 F. 2d 45.

No. 73–5137.  RICKUS ET AL. *v.* UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 73–5139.  ORAND, AKA BEAR *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 73–5148.  HARDISON *v.* ROSE, WARDEN, ET AL. C. A. 6th Cir.  Certiorari denied.

No. 73–5149.  BEASLEY *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–5150.  O'BRIEN *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–5154.  BROWN *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 73–5167.  ESQUER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–5170.  CHINN *v.* MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.